# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

October 28, 2024

**REQUEST GRANTED.**
The Court reappoints CJA counsel Richard Rosenberg to represent Mr. Tirado.

10/30/2024  SO ORDERED.

LEWIS J. LIMAN  
United States District Judge

Hon. Paul A. Crotty  
United States District Court  
Southern District of New York  
U.S. Courthouse  
500 Pearl Street  
New York, New York 10007

Re: **United States v. Reinaldo Tirado**  
**21 Cr. 480 (PAC)**

Dear Judge Crotty:

    I was appointed to represent Mr. Tirado following his arrest on June 29, 2021 and represented him throughout the criminal proceedings before Your Honor. On February 3, 2022 Mr. Tirado was sentenced to 15 months incarceration and three years of supervised release. Mr. Tirado was released from BOP custody on July 20, 2022 and has been on supervised release in this district since then.

    Mr. Tirado contacted me and requested that I apply for his early termination of supervised release. Accordingly, I write to request re-appointment pursuant to the Criminal Justice Act to explore the grounds for, and move under 18 U.S.C. §3583(e)(1) for such relief.

    Thank you for your consideration to this request.

Respectfully submitted,

Richard H. Rosenberg